IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAROLYN KINSEY, *et al.*               *

                                               *

      Plaintiffs,                *

                                               *

      v.                         *      Civil Action Number: 17-cv-00387-JKB

                                               *

EVERGREEN HEALTH, INC.       *

                                               *

      Defendant.                *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Joint Motion for Judicial Approval of Settlement filed by Plaintiff Carolyn Kinsey (hereinafter, "Plaintiff") and Defendant Evergreen Health, Inc. (hereinafter, "Defendant") the Court hereby GRANTS the Motion and approves the settlement between Plaintiff and Defendant (hereinafter, collectively referred to as "the Parties") based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court. *See Saman v. LBDP, Inc.*, 2013 1949047 at * 3 (D.Md. 2013).

2. The Court finds that the settlement was the product of arms' length negotiations between Counsel for the Parties, who are experienced in the field of FLSA litigation.

3. The attorneys' fees and costs to be paid under the settlement agreement are separately stated and Counsel have provided sufficient information to permit the Court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable

hourly rate. The amount for fees and costs bear a reasonable relationship to the amount

being paid to Plaintiff under the Agreement.

WHEREFORE, the Court hereby Orders that the Joint Motion be and is hereby

GRANTED, the Settlement is APPROVED and this case is ~~DIMISSED~~ DISMISSED WITH PREJUDICE.

June 28, 2017

_____
The Honorable Stephanie A. Gallagher
United States Magistrate Judge